JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANDRANIK MARTIROSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDRANIK MARTIROSYAN,<br><br>　　　　Defendant. | )　No. CR-S-12-223-WBS<br>)<br>)<br>)　STIPULATION REGARDING<br>)　EXCLUDABLE TIME PERIODS<br>)　UNDER SPEEDY TRIAL ACT;<br>)　FINDINGS AND ORDER<br>)<br>)<br>)　Date:  July 24, 2012<br>)　Time:  2:00 p.m.<br>)<br>)<br>) |

　　　　The United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Andranik Martirosyan, John R. Manning, Esq., hereby stipulate the following:

　　1. This matter is set for arraignment on the indictment on July 10, 2012.

　　2. By this stipulation, Mr. Martirosyan now moves to continue the arraignment until July 24, 2012, and to exclude time between July 10, 2012 and July 24, 2012 under the Local CodeT-4 (to allow defense counsel time to prepare).

　　3.　The parties agree and stipulate, and request the Court find the following:

　　　　a.  I was contacted on July 5, 2012 by the CJA and agreed to represent Mr. Martirosyan. I was informed his next Court date was Monday, July 9, 2012, at 2:00.  I was

1

informed Mr. Martirosyan may know of this date.  On Friday, July 6, 2012, I received notice from the Court, Mr. Martirosyan's court date had been moved to July 10, 2012, at 2:00. I "dispatched" my investigator, Larry DeMates, to try and contact the Defendant and advise him of his new Court date.  In doing so, Mr. Demates discovered Mr. Martirosyan has recently suffered a significant cardiac incident.   (It should be noted, Mr. Martirosyan speaks very limited English and the services of an Armenian language interpreter is necessary to effectively communicate with the defendant.)

b. Mr. Martirosyan's family is attempting to gather the defendant's medical history. They have some information and have forwarded what they have to this office.  They will be gathering further information in the coming days. The Defense is seeking a continuance to allow us time to gather a more complete assessment of Mr. Martirosyan's health and confer with Government's counsel, Steven Lapham.

c. Counsel for Mr. Martirosyan believes the failure to grant a continuance in this case would be, potentially, life threatening to Mr. Martirosyan.  Mr. Martirosyan has been ordered to refrain from any stressful activity and has limits on any form of physical activity.   Defense investigator Larry Demates has been to the residence where Mr. Martirosyan is convalescing and seen Mr. Martirosyan.  The defendant is very weak and quite obviously in poor health. Because of Mr. Martirosyan's health issues, proceeding absent a continuance would deny defense counsel reasonable time to meet with and review the indictment with the defendant  and further deny the defense time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: July 9, 2012                                     /s/  John R. Manning
                                                        JOHN R. MANNING
                                                        Attorney for Defendant
                                                        Andranik Martirosyan


Dated: July 9, 2012                                     Benjamin B. Wagner
                                                        United States Attorney

                                          by:     /s/  Steven Lapham
                                                        STEVEN LAPHAM
                                                        Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this  10th   day of      July       , 2012.


                                                   /s/ Kendall J. Newman
                                                HON. KENDALL J. NEWMAN
                                                MAGISTRATE COURT JUDGE