JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANDRANIK MARTIROSYAN

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-S-12-223-WBS
                          )
          Plaintiff,      )
                          ) STIPULATION REGARDING
v.                        ) EXCLUDABLE TIME PERIODS
                          ) UNDER SPEEDY TRIAL ACT;
                          ) [~~PROPOSED~~] FINDINGS AND ORDER
ANDRANIK MARTIROSYAN,     )
                          ) Date: November 28, 2012
          Defendant.      ) Time: 2:00 p.m.
                          )
                          )
                          )

The United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Andranik Martirosyan, John R. Manning, Esq., hereby stipulate the following:

1. This matter is set for arraignment on the indictment on November 14, 2012.

2. By this stipulation, Mr. Martirosyan now moves to continue the arraignment until November 28, 2012, before Magistrate Judge Kendall J. Newman.

3. The parties agree and stipulate, and request the Court find the following:

   a. Mr. Martisosyan was originally scheduled to be arraigned on July 10, 2012. However, due to concerns over Mr. Martirosyan's health, the matter was re-set for July 24, 2012, August 22, 2012, October 17, 2012 and November 14, 2012.

1

b. Mr. Martirosyan suffered a significant cardiac incident several months ago and had cardiac surgery on June 13, 2012. Since then, Mr. Martirosyan has left his son's house only for medical appointments. Because of his age and poor health, Mr. Martirosyan's recovery has been very slow.

c. In addition to cardiac issues, Mr. Martirosyan is dealing with the increasing failure of his vision (requiring surgery on both eyes), significant pain and the psychological issues associated with failing health, mortality and pain. Mr. Martirosyan has a follow up appointments with the eye specialist on Wednesday, November 14, 2012.

d. The Defense is seeking a continuance to allow us time to gather a more complete assessment of Mr. Martirosyan's health and confer with Government's counsel, Steven Lapham. (It should be noted, Mr. Martirosyan speaks very limited English and the services of an Armenian language interpreter is necessary to effectively communicate with the defendant.)

e. Counsel for Mr. Martirosyan believes the failure to grant a continuance in this case would be, potentially, life threatening to Mr. Martirosyan. The defendant is very weak and quite obviously in poor health. Because of Mr. Martirosyan's health issues, proceeding absent a continuance may endanger the defendant; would deny defense counsel reasonable time to meet with and review the indictment with the defendant; and, further deny the defense time necessary for effective preparation, taking into account the exercise of due diligence.

f. The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 14, 2012

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Andranik Martirosyan

Dated: November 14, 2012

Benjamin B. Wagner
United States Attorney

by: /s/ Steven Lapham
STEVEN LAPHAM
Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED this _14th_ day of _November_, 2012.

HON. DALE A. DROZD
U.S. MAGISTRATE COURT JUDGE