JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
Andranik Martirosyan

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANDRANIK MARTIROSYAN,<br><br>  Defendant. | CR NO. S-12-223 WBS<br><br>STIPULATION AND [PROPOSED] ORDER AS TO CONDITIONS OF RELEASE |

  Mr. Martirosyan, by and through his attorney, John R. Manning, and the United States of America, by and through its' counsel, Steven Lapham, and Pretrial Services Officer Gina Faubion, hereby jointly agree and stipulate the defendant shall remain at liberty on his own recognizance subject to the conditions of release ordered by the Court on November 28, 2012. The Parties further stipulate, due to Mr. Martirosyan's health issues, Pretrial Services shall not be required to interview or supervise the defendant.

  Mr. Martirosyan was initially summoned by the Government to Court in July, 2102. However, in June of 2012, the defendant had major cardiac surgery. His health has been extremely fragile since the surgery. Mr.Martirosyan lives at his son's house and spends almost

all his time confined to a hospital bed in the living room.  He has only left the house for medical appointments (and Court).

Mr. Martirosyan appeared before the Honorable Kendall J. Newman on November 28, 2012 for arraignment on the indictment.  At that time, Judge Newman ordered the defendant to remain out of custody, pending an interview with Pretrial Services, and set a further Court date for December 5, 2012 to review the information obtained by Pretrial Services.  Judge Newman, in light of the Defendant's obvious health issues, suggested if the Parties can agree to conditions prior to the December 5, 2012 court date, the Court may be willing to "sign off" on those conditions, negating the need for Mr. Martirosyan to return to Court.  Sadly, and somewhat ominously, the relatively brief period Mr. Martirosyan was in Court on November 30, was sufficient to overwhelm him.  Mr. Martirosyan was nearly catatonic by the time his appearance was over and collapsed in the parking lot.  As a result, (and because Mr. Martirosyan speaks Armenian) Pretrial Services has not interviewed the defendant, but has spoken to his son and confirmed his father's current serious health condition.

Accordingly, the Parties (including Mr. Martirosyan and Pretrial Services) agree to the release conditions contained herein and specifically articulated in the "Notice to Defendant Being Released (#19)."  The Parties further stipulate Pretrial Services shall not be required to supervise the defendant.

The Parties further request, should the Court accept this stipulation, the Court date presently scheduled for December 5, 2012, at 2:00, be vacated.

///

///

///

///

Dated: December 3, 2012                Respectfully submitted,


                                             /s/ John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Andranik Martirosyan


                                             /s/ R. Steven Lapham
                                             STEVEN LAPHAM
                                             Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  December 3, 2012.

                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE