JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANDRANIK MARTIROSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRANIK MARTIROSYAN,<br><br>    Defendant. | No. CR-S-12-223-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>Date:  June 30, 2014<br>Time:  9:30 a.m.<br>Judge:  Honorable William B. Shubb |

      The United States of America through its undersigned counsel, Lee S. Bickley, Assistant United States Attorney, together with counsel for defendant Andranik Martirosyan, John R. Manning, Esq., hereby stipulate the following:

  1. This matter is set for status conference on April 28, 2014.

  2. By this stipulation, Mr. Martirosyan now moves to continue the status conference until June 30, 2014.

  3.  The parties agree and stipulate, and request the Court find the following:

    a. Mr. Martisosyan was originally scheduled to be arraigned on July 10, 2012. Due to serious health issues, Mr. Martirosyan was not arraigned until November 28, 2012. The Defense represents Mr. Martirosyan remains in very fragile health.

1

b. The Government has provided defense Counsel with over 700 pages of discovery.

c. The Defense is seeking a continuance in order to review the material provided by the Government and conduct, as necessary, investigation.  (It should be noted, Mr. Martirosyan speaks very limited English and the services of an Armenian language interpreter are necessary to effectively communicate with the defendant.)

d. The defense represents Mr. Martirosyan is gravely ill.  His health has been spiraling downward for several years.  The downward progression began approximately seven years ago when he was in a car accident and suffered a significant head injury.  Presently, he suffers from  severe cardiac issues (he had heart surgery just prior to charges being filed in this matter), diabetes, and loss of vision (related to his diabetes - he has had eye surgery during the pendency of this case and may need additional surgery but is unlikely to receive such surgery due to his other health issues).  He is in significant pain, but because of his cardiac issues and other health concerns, he is limited in what he can take for his pain.  Mr. Martirosyan is frequently disoriented and suffers from memory loss and anger issues.  In addition to receiving medical treatment for his physical health issues, Mr. Martirosyan is also receiving treatment from the psychiatric staff for his mental and emotion health concerns.

e. The parties were (and are) considering asking the court to order a competency evaluation. As an intermediate step, the parties previously asked to court to continue this matter  in order to get additional, specific, information on Mr. Martirosyan's condition(s) and prognosis.  The defense has provided the government with two letters from Kaiser detailing Mr. Martirosyan's diagnosis and prognosis.

f.  The government, after reviewing the information provided by the defense, has requested additional information regarding Mr. Martirosyan's constellation of medical and psychological issues.

g.  The defense has begun the process of gathering the information sought by the government. The defense needs additional time to gather the information requested from Mr. Martirosyan's MD's and from Mr. Martirosyan.  The government will then need additional time to evaluate the provided material and determine if additional information is necessary. The government may also need time to pursue investigation related to the information/material provided by the defense.  Based on the information provided by defendant's doctors, the government may be willing to dismiss the matter.

h.  Counsel for Mr. Martirosyan believes a continuance in this case is necessary to allow counsel reasonable time to review the discovery, conduct investigation; meet with the defendant; review defendant's medical records; and, afford the defense time necessary for effective preparation, taking into account the exercise of due diligence.

i.  The Government does not object to the continuance.

j.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

k.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 28, 2014 to June 30, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B) (iv), corresponding to Local Code T-4

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 24, 2014                                              /s/ John R. Manning
                                                                  JOHN R. MANNING
                                                                  Attorney for Defendant
                                                                  Andranik Martirosyan

Dated: April 24, 2014                                              Benjamin B. Wagner
                                                                  United States Attorney

                                                        by:       /s/ Lee S. Bickley
                                                                  LEE S. BICKLEY
                                                                  Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE