1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                CASE NO. 2:12-CR-0223 WBS

12                 Plaintiff,                STIPULATION AND [~~PROPOSED~~] ORDER
                                             EXCLUDING TIME PURSUANT TO
13          v.                               AGREEMENT TO DEFER PROSECUTION

14 ANDRANIK MARTIROSYAN,

15                 Defendant.

16

17

18     It is hereby stipulated and agreed between the plaintiff, United States of America, by and through

19 the undersigned counsel and defendant, Andranik Martirosyan, by and through his undersigned counsel

20 of record as follows:

21     On January 21, 2016, the parties signed a formal agreement to defer prosecution of the

22 indictment against this defendant for a period of twenty-four months. The agreement is attached hereto

23 as Exhibit A.

24     The Speedy Trial Act, Title 18, United States Code §3161, at subdivision (h)(2), excludes from

25 computation of the time within which trial must commence "[a}ny period of delay which prosecution is

26 deferred by the attorney for the Government pursuant to a written agreement with the defendant, with

27 the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

28     //

The parties agree and jointly request that the Court approve the agreement pursuant to Title 18, United States Code §3161 (h)(2) and Local Code T1, so that time under the Speedy Trial Act may be excluded through January 25, 2018.  The parties further stipulate and request that, in light of the agreement set forth herein, the Court vacate the status conference, as to this defendant only, presently scheduled for January 25, 2016, and set a control date of January 16, 2018, at 9:00 a.m.

Dated:  January 21, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated:  January 21, 2016

/s/ JOHN R. MANNING
JOHN R. MANNING
Counsel for Defendant
ANDRANIK MARTIROSYAN

**ORDER**

The Court, having received, read and considered the deferred prosecution agreement and the parties' stipulation, hereby approves the deferred prosecution agreement and adopts the parties' stipulation in its entirety as its order.  The Court orders the time from January 25, 2016, up to and including January 25, 2018, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Title 18, United States Code §3161 (h)(2) [prosecution deferred by mutual agreement], and Local Code T1.  It is further ordered that the January 25, 2016 status conference shall be vacated.  A control date is set for January 16, 2018, at 9:00 a.m.

Dated:  January 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE