JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANDRANIK MARTIROSYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-223-WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXCLUDING TIME PURSUANT TO AGREEMENT TO DEFER PROSECUTION |
| ANDRANIK MARTIROSYAN, | |
| Defendant. | Date: January 29, 2018<br>Time: 9:00 a.m.<br>Judge: Honorable William B. Shubb |

The United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Andranik Martirosyan, John R. Manning, Esq., hereby stipulate the following:

1. This matter is set for status conference on January 16, 2018.

2. By this stipulation, Mr. Martirosyan now moves to continue the status conference until January 29, 2018 at 9:00 a.m.

3. The parties agree and stipulate, and request the Court find the following:

   a. On January 21, 2016, the parties signed a formal agreement to defer prosecution of the indictment against the defendant for a period of twenty-four months.

   b. It is anticipated the matter will be dismissed at the January 29, 2018 control date absent new information.

   a. The Government does not object to the continuance.

1

b. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

c. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 16, 2018 to January 29, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B) (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 9, 2018 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Andranik Martirosyan

Dated: January 9, 2018 McGregor W. Scott
United States Attorney

by: /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE