McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0223 WBS |
| Plaintiff, | **ORDER RE MOTION TO DISMISS INDICTMENT** |
| v. | |
| ANDRANIK MARTIROSYAN, | |
| Defendant. | |

Pursuant to the motion of the United States, IT IS HEREBY ORDERED that Indictment against Andranik Martirosyan in the above-entitled case is dismissed without prejudice. The January 29, 2018 hearing date is vacated.

Dated: January 26, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE